**Russell SAUNDERS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 14, 1955.

Baxter Arnett, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant was fined $1,000 and sentenced to six months in jail for the offense of providing, keeping and maintaining a room in the City of Ashland where money was wagered on the outcome of baseball games in violation of KRS 436.440.

We have examined the record and find no substantial errors were made in the trial.

The judgment is affirmed.